UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON HUMES,

    Plaintiff,

v.

JEFF SESSIONS, et al.,

    Defendants.

No. 2:18-cv-0115 KJM CKD P

ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 27, 2018, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, in the interests of justice the court construes plaintiff's objections as a request for voluntary dismissal of this federal civil rights action and, so construed, the request will be granted.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2018, are not adopted;

2. Plaintiff's objections are construed as a request for voluntary dismissal of this action under Fed. R. Civ. P. 41 and, so construed, the request is granted; and

3. This case is closed.

DATED: August 13, 2018.

_____
UNITED STATES DISTRICT JUDGE